UNITED STATES

v.

LEWIS MOREY

1806

### Journal Entries

1. Indictment delivered . . . . . . . .   *Journal, infra,* *p. 23

### Papers in File

[None]